IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SEA-LAND SERVICE, INC. *
*
Plaintiff * Civil No. 98-2040(SEC)
*
v. * Collection of Freight and Demurrage
*
MULTI RECYCLING SYSTEMS, INC. *
*
Defendant *
*************************************

**JUDGEMENT**

Pursuant to the parties' "Settlement Stipulation" (**Docket # 12**), and in accordance with Fed. R. Civ. P. 41(a)(1)(ii), the above-captioned matter is hereby **DISMISSED** with prejudice. Judgement is hereby entered accordingly.

**SO ORDERED.**

In San Juan, Puerto Rico, this 3d day of November, 1999.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev.8/82)